1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  **KEITH SMITH**                )   CASE NO. 2:10-CV-02941-GGH (TEMP)
                                   )
12                                 )
                                   )   **STIPULATION AND**
13                                 )   **ORDER EXTENDING PLAINTIFF'S**
        **Plaintiff,**             )   **TIME TO FILE SUMMARY**
14                                 )   **JUDGEMENT MOTION**
    v.                             )
15                                 )
    **MICHAEL J. ASTRUE**          )
16  **Commissioner of Social Security** )
    **of the United States of America,** )
17                                 )
        **Defendant.**             )
18                                 )
                                   )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21  Plaintiff's time to file his summary judgment is hereby extended from July 11, 2011, to August 31, 2011.

22  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule

23  and need to prioritize older cases.

24

25  / / / /

26  / / / /

27  / / / /

28

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: July 11, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER |
| 4 | | Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: July 11, 2011 | Benjamin B. Wagner |
| 9 | | United States Attorney |
| 10 | | /s/ David W. Lerch <br> DAVID W. LERCH |
| 11 | | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 12, 2011

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE