1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH SMITH                                )    CASE NO. 2:10-CV-02941-GGH
                                           )
                                           )
                                           )    STIPULATION AND PROPOSED
                                           )    ORDER EXTENDING PLAINTIFF'S
          Plaintiff,                       )    TIME TO FILE SUMMARY
                                           )    JUDGEMENT MOTION
v.                                         )
                                           )
MICHAEL J. ASTRUE                          )
Commissioner of Social Security            )
of the United States of America,           )
                                           )
          Defendant.                       )
                                           )
_____)

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 31, 2011, to September 15, 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

1

| | | |
|---|---|---|
| 1 | Dated: August 31, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: August 31, 2011            Benjamin B. Wagner

United States Attorney

/s/ David W. Lerch
DAVID W. LERCH

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 1, 2011

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE