1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 KEITH SMITH                    )    CASE NO. 2:10-CV-02941-GGH (TEMP)
                                  )
12                                )
                                  )    STIPULATIONAND ~~PROPOSED~~
13                                )    ORDER EXTENDING PLAINTIFF'S
          Plaintiff,             )    TIME TO FILE SUMMARY
14                                )    JUDGEMENT MOTION
   v.                             )
15                                )
   MICHAEL J. ASTRUE              )
16 Commissioner of Social Security )
   of the United States of America, )
17                                )
          Defendant.             )
18                                )
                                  )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended to September 23, 2011.  This extension

22 is required due to Plaintiff's counsel's need to address a mental health crisis with a family member

23 which began the evening of September 13, 2011, and extended through September 17, 2011.  *See*,

24 Declaration of Counsel.

25

26 / / / /

27 / / / /

28 / / / /

                                          1

1

2

3

4 Dated:  September 19, 2011          */s/Bess M. Brewer*
                                     BESS M. BREWER

5                                    Attorney at Law

6                                    Attorney for Plaintiff

7

8
Dated:  September 19, 2011          Benjamin B. Wagner

9                                    United States Attorney

10                                   /s/ David W. Lerch

11                                   DAVID W. LERCH

12                                   Special Assistant United States Attorney
                                     Attorneys for Defendant

13                      **DECLARATION OF BESS M. BREWER**

14

15        1.      I represent the plaintiff in the above referenced case pending in this court and submit this

16 declaration in support of plaintiff's stipulated request for an extension of time to file his motion for

17 summary judgment.

18        2.      Plaintiff's brief was due September 15, 2011.  Unfortunately, I was unable to complete

19 his brief because I was needed to help deal with the mental health crisis of a family member.

20        3.      At this time, I request until Friday,  September 23, 2011, within which to file plaintiff's

21 summary judgment motion.

22             I declare under the penalty of perjury that the foregoing is true and correct to the best of

23 my knowledge, and that this declaration was executed on September 19, 2011,  in Sacramento,

24 California.                              /s/ Bess M. Brewer

25                                        BESS M. BREWER

26

27

28

2

1

**ORDER**

2

3   APPROVED AND SO ORDERED.

4   DATED: September 19, 2011

5                                                    /s/ Gregory G. Hollows
                                                     UNITED STATES MAGISTRATE JUDGE

6   GGH:076/Smith2941.eot3.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28